STATE v. BUTLER

No. 54P86.

Case below: 78 N.C. App. 442.

Petition by the State for discretionary review under G.S. 7A-31 allowed 18 February 1986 and the matter is remanded to the Court of Appeals for reconsideration in light of exhibits filed with the Court pursuant to the Attorney General's motion to be allowed to file addendum to the record, allowed by this Court on 18 February 1986.

STATE v. CAMERON

No. 179P85.

Case below: 73 N.C. App. 89.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. CLARK

No. 703P85.

Case below: 77 N.C. App. 459.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. EKLEBERRY

No. 480P85.

Case below: 75 N.C. App. 512.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. ELDER

No. 655P85.

Case below: 76 N.C. App. 681.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 February 1986.